

```
BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
ANDREW L. GRADMAN
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

Attorneys for the
 United States of America
```

FILED
DEC 08 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMANDA SULLIVAN <br><br> Defendant. | CASE NO. 1:11CR00424 DLB <br><br> VIOLATION: <br> 16 U.S.C. § 1538(a)(1)(f) - <br> Offering to sell an endangered species in interstate commerce <br><br> [Class A Misdemeanor] |

# I N F O R M A T I O N

COUNT ONE:    [16 U.S.C. § 1538(a)(1)(f) -
              Selling an endangered species in interstate commerce]

   The United States Attorney charges:  T H A T

                       AMANDA SULLIVAN,

defendant herein, on or about October 6, 2011, in the County of Modesto, State and Eastern District of California,

/ / /

/ / /

/ / /

INFORMATION
U.S. v. Sullivan

1  did offer to sell an endangered species in interstate commerce, to
2  wit: a tiger skin, in violation of 16 U.S.C. § 1538(a)(1)(f).
3
4                                      BENJAMIN B. WAGNER
5                                      United States Attorney
6
7
8  DATED: December 8, 2011        By   /s/ Andrew L. Gradman
                                       ANDREW L. GRADMAN
9                                      Special Assistant U.S. Attorney