

FILED
DEC 08 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant U.S. Attorney
3  ANDREW L. GRADMAN
   Special Assistant U.S. Attorney
4  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
5  Fresno, California 93721
   Telephone (559) 497-4000
6

7  Attorneys for the
   United States of America
8

9
              UNITED STATES DISTRICT COURT
10
              EASTERN DISTRICT OF CALIFORNIA
11

12                                  )  CASE NO. 1:11CR00424 DLB
   UNITED STATES OF AMERICA,        )
13                                  )
              Plaintiff,            )  VIOLATION:
14                                  )  16 U.S.C. § 1538(a)(1)(f) -
   v.                               )  Offering to sell an endangered
15                                  )  species in interstate commerce
                                    )
16 AMANDA SULLIVAN                  )
                                    )
17            Defendant.            )  [Class A Misdemeanor]
                                    )
18 _____)

19                    I N F O R M A T I O N

20 COUNT ONE:    [16 U.S.C. § 1538(a)(1)(f) -
                 Selling an endangered species in interstate commerce]
21

22      The United States Attorney charges:  T H A T

23                       AMANDA SULLIVAN,

24 defendant herein, on or about October 6, 2011, in the County of

25 Modesto, State and Eastern District of California,

26 / / /

27 / / /

28 / / /

                              1                    INFORMATION
                                                   U.S. v. Sullivan

1  did offer to sell an endangered species in interstate commerce, to
2  wit: a tiger skin, in violation of 16 U.S.C. § 1538(a)(1)(f).
3
4                                       BENJAMIN B. WAGNER
5                                       United States Attorney
6
7
8  DATED: December 8, 2011        By    /s/ Andrew L. Gradman
                                        ANDREW L. GRADMAN
9                                       Special Assistant U.S. Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28