1:11CR424

FILED
DEC -8 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 06, 2011 while exercising my duties as a law enforcement officer in the EASTERN District of CALIFORNIA

On August 24, 2011, I responded (in a covert capacity) to an advertisement (without an in state only disclaimer) on craiglist.com selling a Tiger skin. In the weeks to follow, through email and phone conversations, I made it clear that I lived in Oregon and I was interested in the skin. SULLIVAN told me that it was unlawful for her to sell the skin to someone across state lines. However, she said as long as I was not affiliated with the police she would sell me the skin.

On October 6, 2011, I met with SULLIVAN in Modesto CA and followed through with the sale. Once all elements of the crime were established, I along with Special Agent Mann, identified ourselves as law enforcement. We notified SULLIVAN of the investigation and the charges she will be facing.

SULLIVAN abandoned the skin to the US Fish and Wildlife Service. Seizure tag 580158.

The foregoing statement is based upon:
☑ my personal observation  ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/13/2011    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

---

## U.S. Fish and Wildlife Service
### United States District Court
### Violation Notice

Violation Number: W0793864
CVB Location Code: CA63
Officer Name (Print): GREGG BURGESS
Officer No.: SA0695

W0793864

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 10/06/2011 1:15 PM
Offense Charged: 16 U.S.C. 1538 (a)(1) (F)
Place of Offense: 801 KANSAS AVE, MODESTO CA, 95351

Offense Description: Unlawful to sell or offer to sell any endangered or threatened species in intergate or fore[...]

DEFENDANT INFORMATION
Last Name: [redacted]
First Name: AMANDA

IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.

IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $1000
+ $25 Processing Fee

PAY THIS AMOUNT → $1025 Total Collateral Due

YOUR COURT DATE

Court Address: CENTRAL VIOLATIONS BUREAU
1-800-827-2982

X Defendant Signature: _____